# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Edward Paul Landry
Attorney at Law
211 East Main Street
New Iberia LA 70560

Donald L. Beckner
Attorney at Law
5800 1 Perkins Pl., Bl. 7, #A
Baton Rouge LA 70809-0000

**REHEARING ACTION: January 30, 2014**

**Docket Number: 13   00668-CA**

**ROBERT DUNCAN, ET AL.**
**VERSUS**
**MORENO ENERGY, INC., ET AL.**

**Appealed from Iberia Parish Case No. 107506-A**

**BEFORE JUDGES:**

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. Marc T. Amy**
> **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Robert Duncan** has this day been

> **DENIED.**
> Painter, J., would grant the rehearing.

cc: Mark J. Mansfield Esq., Counsel for the Appellee
    David Michael Thorguson, Counsel for the Appellee
    Claude Favrot Reynaud  Jr., Counsel for the Appellee
    Randy Paul Angelle, Counsel for the Appellee